UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL REFUGEE<br>ASSISTANCE PROJECT,<br>*A Project of the Urban Justice Center, Inc., on*<br>*Behalf of Itself and Its Clients,*<br>HIAS, INC.,<br>*On Behalf of Itself and Its Clients,*<br>ALLAN HAKKY,<br>SAMANEH TAKALOO,<br>JOHN DOES Nos. 1-4 and<br>JANE DOE No. 1,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP,<br>*In His Official Capacity as President of the*<br>*United States,*<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>DEPARTMENT OF STATE,<br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br>JOHN F. KELLY,<br>*In His Official Capacity as Secretary of*<br>*Homeland Security,*<br>REX W. TILLERSON,<br>*In His Official Capacity as Secretary of State,*<br>and<br>MICHAEL DEMPSEY,<br>*In His Official Capacity as Acting Director of*<br>*National Intelligence,*<br><br>    Defendants. | Civil Action No. TDC-17-0361 |

## ORDER

For the reasons stated during the March 10, 2017 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs shall file an Amended Complaint by **Friday, March 10, 2017 at 5:00 p.m.** Plaintiffs are directed to comply with the procedures set forth in Local Rule 103.6.

2. Plaintiffs are granted leave to file the following motions: Motion for a Temporary Restraining Order and Preliminary Injunction, Renewed Motion for Expedited Discovery, and Motion for Leave to Proceed Under Pseudonym. The Motions will be deemed timely if filed by **Friday, March 10, 2017 at 5:00 p.m.** Defendants' Memorandum in Opposition to the Motions is due by **Monday, March 13, 2017 at 5:00 p.m.** Defendants are encouraged to file their brief by 12:00 noon that day. Plaintiffs' Reply Memorandum is due by **Tuesday, March 14, 2017 at 5:00 p.m.** Plaintiffs are encouraged to file their brief by 12:00 noon that day.

3. Plaintiffs' Reply Memorandum on their pending Motion for a Preliminary Injunction, ECF No. 64, is due by **Sunday, March 12, 2017 at 5:00 p.m.**

4. Plaintiffs are directed to address standing in their Motion for a Temporary Restraining Order and Preliminary Injunction and issues of privilege in their Renewed Motion for Expedited Discovery.

5. A hearing on the Motion for a Temporary Restraining Order and Preliminary Injunction is scheduled for **Wednesday, March 15, 2017 at 9:30 a.m.** at the United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland. The specific courtroom for the motions hearing will be available the week of the proceeding on the Court's website.

Date: March _10_, 2017

THEODORE D. CHUANG
United States District Judge