**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 8:17-cv-00361-TDC |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF
JANE DOE #2'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Plaintiffs in this lawsuit consist of various organizations and individuals who have brought constitutional and statutory challenges against Executive Order No. 13,780, entitled "Protecting the Nation From Foreign Terrorist Entry Into the United States." 82 Fed. Reg. 13,209 (Mar. 6, 2017). The initial Complaint in this matter included five individual plaintiffs who sought to proceed under the pseudonyms John Does #1-4 and Jane Doe #1. *See* ECF No. 1. In conjunction with the filing of their initial Complaint, Plaintiffs also filed a motion for leave to allow John Does #1-4 and Jane Doe #1 to proceed under pseudonyms. *See* ECF No. 5. Defendants did not oppose Plaintiffs' request, which this Court granted in a memorandum opinion. *See* ECF No. 66.

Plaintiffs have now filed an Amended Complaint that drops John Doe # 1 and #3, but adds a new Plaintiff seeking to proceed under the pseudonym Jane Doe #2. *See* Amended Complaint, ECF No. 93. In conjunction with the filing of that Amended Complaint, Plaintiffs also filed a Motion for Leave for Jane Doe #2 to Proceed Under a Pseudonym. *See* ECF No. 90.

At this time, Defendants do not oppose Plaintiff Jane Doe's Motion for Leave to Proceed Under a Pseudonym.  However, Defendants reserve the right at a future date either to request that the Court enter a protective order, or to move to unseal the identities of one or more of the pseudonymous Plaintiffs.  In that regard, Plaintiffs' motion specifically notes that, "if the government can later articulate and substantiate a need for particularized information about the Doe Plaintiffs, the Court can consider at that stage whether a different balance should be struck regarding the Doe Plaintiffs' privacy." *Id.* at 6.  While Defendants do not identify a need at this time for the pseudonymous Plaintiffs to reveal their identity or otherwise be publicly disclosed, future litigation events may require this Court to revisit the issue.


Dated: March 13, 2017                    Respectfully submitted,

                                         CHAD A. READLER
                                         Acting Assistant Attorney General

                                         ROD J. ROSENSTEIN
                                         United States Attorney

                                         JENNIFER D. RICKETTS
                                         Director, Federal Programs Branch

                                         JOHN R. TYLER
                                         Assistant Director, Federal Programs Branch

                                         */s/ Arjun Garg*
                                         ARJUN GARG (Bar No. 806537)
                                         DANIEL SCHWEI
                                         MICHELLE R. BENNETT (Bar No. 806456)
                                         BRAD P. ROSENBERG
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Ave., NW
                                         Washington, DC 20530
                                         Tel: (202) 305-8613
                                         Fax: (202) 616-8470


2

E-mail: arjun.garg@usdoj.gov
michelle.bennett@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing Defendants'

Response to Plaintiff Jane Doe #2's Motion for Leave to Proceed Under Pseudonym using the

Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.


                                        */s/ Arjun Garg*
                                        ARJUN GARG