## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT, *a project of the
Urban Justice Center, Inc., on behalf of itself
and its clients,*
HIAS, INC., *on behalf of itself and its clients,*
MIDDLE EAST STUDIES ASSOCIATION *of
North America, Inc., on behalf of itself and its
members,*
MUHAMMED METEAB,
PAUL HARRISON,
IBRAHIM AHMED MOHOMED,
JOHN DOES Nos. 1 & 3, and
JANE DOE No. 2,

      Plaintiffs,

      v.

DONALD J. TRUMP, *in his official capacity
as President of the United States,*
DEPARTMENT OF HOMELAND
SECURITY,
DEPARTMENT OF STATE,
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,
JOHN F. KELLY, *in his official capacity as
Secretary of Homeland Security,*
REX W. TILLERSON, *in his official capacity
as Secretary of State,* and
MICHAEL DEMPSEY, *in his official capacity
as Acting Director of National Intelligence,*

      Defendants.

Civil Action No. TDC-17-0361

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court finds that

the Plaintiffs have standing to maintain this civil action and have established that they are likely

to prevail on the merits, that they are likely to suffer irreparable harm in the absence of injunctive relief, and that the balance of the equities and the public interest favor an injunction.

Accordingly, it is hereby ORDERED that:

1.    Plaintiffs' Motion for a Preliminary Injunction and/or Temporary Restraining Order of the Executive Order is construed as a Motion for a Preliminary Injunction.

2.    The Motion, ECF No. 95, is GRANTED IN PART and DENIED IN PART.

3.    The Motion is GRANTED as to Section 2(c) of Executive Order 13,780 ("Executive Order Protecting the Nation from Foreign Terrorist Entry Into the United States"). **Defendants, and all officers, agents, and employees of the Executive Branch of the United States government, and anyone acting under their authorization or direction, are ENJOINED from enforcing Section 2(c) of Executive Order 13,780.**

4.    This Preliminary Injunction is granted on a nationwide basis and prohibits the enforcement of Section 2(c) of Executive Order 13,780 in all places, including the United States, at all United States borders and ports of entry, and in the issuance of visas, pending further orders from this court.

5.    Plaintiffs are not required to pay a security deposit.

6.    The Court declines to stay this ruling or hold it in abeyance should an emergency appeal of this Order be filed.

2

7.     The Motion is DENIED as to all other provisions of Executive Order 13,780.

Date:  March 15, 2017

THEODORE D. CHUANG
United States District Judge