UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 8:17-cv-00361-TDC<br>) |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the defendants Donald Trump, in his official capacity as President of the United States; Department of Homeland Security; Department of State; Office of the Director of National Intelligence; John F. Kelly, in his official capacity as Secretary of Homeland Security; Rex W. Tillerson, in his official capacity as Secretary of State; and Daniel Coats, in his official capacity as Director of National Intelligence,[1] hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order at ECF Nos. 149 and 150, both dated March 15, 2017 and entered on March 16, 2017, enjoining enforcement of Section 2(c) of Executive Order 13,780.

Dated: March 17, 2017                               Respectfully submitted,

                                                    JEFFREY B. WALL
                                                    Acting Solicitor General

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Daniel Coats is substituted for Michael Dempsey as a defendant in this case.

CHAD A. READLER
Acting Assistant Attorney General

ROD J. ROSENSTEIN
United States Attorney

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Arjun Garg*
ARJUN GARG (Bar No. 806537)
MICHELLE R. BENNETT (Bar No. 806456)
DANIEL SCHWEI (Bar No. 96100)
BRAD P. ROSENBERG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8613
Fax: (202) 616-8470
E-mail: arjun.garg@usdoj.gov
  michelle.bennett@usdoj.gov
  daniel.s.schwei@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, I electronically filed the foregoing Notice of Appeal using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

                                                */s/ Arjun Garg*
                                                ARJUN GARG