FILED: March 17, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 17-1351

(8:17-cv-00361-TDC)

_____

INTERNATIONAL REFUGEE ASSISTANCE PROJECT, a project of the Urban Justice Center, Inc., on behalf of itself; HIAS, INC., on behalf of itself and its clients; ALLAN HAKKY; SAMANEH TAKALOO; JOHN DOE 1-4; JANE DOE 1

      Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF STATE; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; JOHN F. KELLY, In his official capacity as Secretary of Homeland Security; REX W. TILLERSON, In his official capacity as Secretary of State; MICHAEL DEMPSEY, In his official capacity as Acting Director of National Intelligence

      Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:17-cv-00361-TDC |
| Date notice of appeal filed in originating court: | 03/17/2017 |
| Appellant (s) | Donald J. Trump, Departent of Homeland Security, Department of State, Office of the Director of National |

|  | Intelligence, John F. Kelly, Rex. W. Tillerson, Michael Dempsey |
|---|---|
| Appellate Case Number | 17-1351 |
| Case Manager | Jeffrey S. Neal<br>804-916-2729 |