# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 14, 2017

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

> Re:  **Donald J. Trump, President of the United States, et al.**
>      **v.  International Refugee Assistance Project, et al.,**
>      **No. 16-1436 (Your docket No. 17-1351)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion cited in the judgment by visiting our website, http://www.supremecourt.gov.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All attorneys of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 14, 2017

Mr. Omar Cassim Jadwat, Esq.
125 Broad Street, 18th Floor
New York, New York 10004

   Re:   **Donald J. Trump, President of the United States, et al.
v.  International Refugee Assistance Project, et al.,
No. 16-1436**

Dear Mr. Jadwat:

   Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.  You may obtain a copy of the opinion cited in the judgment by visiting our website, http://www.supremecourt.gov.

   Sincerely,

   SCOTT S. HARRIS, Clerk

   By   *Herve' Bocage*
   Herve' Bocage
   Judgments/Mandates Clerk

cc:  All attorneys of record
     Clerk, USCA for the Fourth Circuit
          (Your docket No. 17-1351)

# Supreme Court of the United States

### No.  16-1436

**DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ET AL.,**

Petitioners

v.

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto, and the Court having granted the petition.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit with instructions to dismiss as moot the challenge to Executive Order No. 13,780.  *United States* v. *Munsingwear, Inc.,* 340 U. S. 36, 39 (1950).

October 10, 2017



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By.