# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al, <br><br> Defendants. | Civil Action No.: 8:17-CV-00361-TDC <br><br> **PLAINTIFFS' NOTICE REGARDING PENDING STAY MOTIONS IN RELATED CASES** |

The plaintiffs in *Iranian Alliances Across Borders (IAAB) v. Trump*, No. 17-cv-2921-TDC and *Zakzok v. Trump*, No. 17-cv-2969, which are both pending before this Court, have sought to begin discovery in those cases, and the government has now moved for a stay.

As indicated during the January 5, 2018, telephone conference with the Court, the *IRAP* plaintiffs take no position regarding how to proceed in the other cases. However, should the Court permit discovery to commence in *IAAB* and/or *Zakzok*, the *IRAP* plaintiffs respectfully request that the Court lift the stay in this case so that the *IRAP* plaintiffs are able to participate in discovery on equal terms. Doing so would allow a far more efficient use of the Court's and the parties' resources.

Respectfully submitted,

/s/ Omar C. Jadwat

Omar C. Jadwat†
Lee Gelernt†
Hina Shamsi†
Hugh Handeyside†
Sarah L. Mehta†
David Hausman†
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
hhandeyside@aclu.org
smehta@aclu.org
dhausman@aclu.org

Cecillia D. Wang†
Cody H. Wofsy†
Spencer E. Amdur†
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org
cwofsy@aclu.org
samdur@aclu.org

David Cole†
Daniel Mach†
Heather L. Weaver†
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 457-0805

Dated:  February 1, 2018

Karen C. Tumlin†
Nicholas Espíritu†
Melissa S. Keaney†
Esther Sung†
National Immigration Law Center
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org
espiritu@nilc.org
keaney@nilc.org
sung@nilc.org

Justin B. Cox (Bar No. 17550)
National Immigration Law Center
PO Box 170208
Atlanta, GA 30317
Tel: (678) 279-5441
Fax: (213) 639-3911
cox@nilc.org

Mariko Hirose†
Linda Evarts†
Kathryn C. Meyer†
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY  10006
Tel: (646) 459-3044
mhirose@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

dcole@aclu.org
dmach@aclu.org
hweaver@aclu.org

David Rocah (Bar No. 27315)
Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
Nicholas Taichi Steiner (Bar No.19670)
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD  21211
Tel: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org
kumar@aclu-md.org
steiner@aclu-md.org


†Admitted *Pro Hac Vice*


*Counsel for Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2018, I electronically filed this Notice for Plaintiffs with the Court Clerk using the ECF system, which will send notification to Defendants' registered counsel.

Dated: February 1, 2018                              /s/ Omar C. Jadwat
                                                     Omar C. Jadwat