# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al. <br><br> Defendants. | Civil Action No.: 17-cv-361 <br> Judge Chuang |
| IRANIAN ALLIANCES ACROSS BORDERS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*. <br><br> Defendants. | Civil Action No.: 17-CV-2921 <br> Judge Chuang |
| EBLAL ZAKZOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No.: 17-CV-2969 <br> Judge Chuang |

**JOINT MOTION FOR LEAVE TO AMEND AND SUPPLEMENT *IAAB* AND *ZAKZOK* COMPLAINTS AND FOR ENTRY OF A BRIEFING SCHEDULE**

1. Plaintiffs in these three cases challenge Presidential Proclamation No. 9645, "Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry Into the United States by Terrorists or Other Public-Safety Threats." In October 2017, this Court enjoined enforcement of the Proclamation on the grounds that it likely violated the Establishment Clause of the First Amendment, and the *en banc* Fourth Circuit affirmed that ruling. *See Int'l Refugee Assistance Project ("IRAP") v. Trump*, 265 F. Supp. 3d 570 (D. Md. 2017), *aff'd*, 883 F.3d 233 (4th Cir. 2018) (en banc). The Supreme Court vacated the Fourth Circuit's decision and remanded for further consideration in light of *Trump v. Hawaii*, 138 S. Ct. 2392 (2018). *See Trump v. IRAP*, 138 S. Ct. 2710 (2018). The Fourth Circuit recently remanded the case to this Court for further proceedings. *See IRAP v. Trump*, No. 17-2231, 2018 WL 4760908, at *1 (4th Cir. Oct. 2, 2018). Plaintiffs now seek to litigate their claims on the merits.

2. The Government has informed Plaintiffs that, as the next step in litigating the merits of Plaintiffs' claims, the Government intends to file a motion to dismiss Plaintiffs' claims. Before that motion is filed, however, the *IAAB* and *Zakzok* Plaintiffs request permission to file amended complaints.[1] The Government has consented to that request.

3. If the proposed amended complaints were governed solely by Federal Rule of Civil Procedure 15(a), Plaintiffs could file the amended complaints without leave of Court based on the Government's consent. *See* Fed. R. Civ. P. 15(a)(2). But some of the proposed revisions may be governed by Rule 15(d), which addresses supplemental pleadings. *See* Fed. R. Civ. P. 15(d). Rather than litigate whether a particular revision is properly deemed an amendment under Rule 15(a)

---

[1] The *IRAP* Plaintiffs do not seek leave to amend their complaint. They seek relief on their claims as pleaded in their Second Amended Complaint, filed on October 5, 2017.

or a supplement under Rule 15(d), Plaintiffs seek to moot the issue by obtaining leave of Court to file their amended complaints.

4.      Under Rule 15(a), leave to amend a pleading should be "freely give[n] . . . when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend should be granted "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182 (1962). This lenient standard also applies to requests to supplement a pleading under Rule 15(d). *See Franks v. Ross,* 313 F.3d 184, 198 (4th Cir. 2002). Under these standards, granting the *IAAB* and *Zakzok* Plaintiffs' requests for leave to amend and/or supplement their complaints is appropriate here, and the Government consents to Plaintiffs' requested relief in these circumstances. The primary change in both proposed amended complaints is the inclusion of additional allegations in support of Plaintiffs' claims. *See, e.g.* Ex. A (*IAAB* Proposed Second Am. Compl.) ¶¶ 68–82; Ex. B (*Zakzok* Proposed First Am. Compl.) ¶¶ 20, 45, 52–54.[2] The proposed amended complaints also address developments in the case since the current operative complaints were filed, including by updating the status of visa applications for certain Plaintiffs' relatives. *See, e.g.*, Ex. A ¶¶ 16, 83–85; Ex. B ¶¶ 76–81.[3] The Court should thus grant leave to file amended complaints in *IAAB* and *Zakzok*.

5.      As noted above, the Government intends to file a motion to dismiss to claims in *IRAP*, *IAAB*, and *Zakzok*. The Plaintiffs in the three cases consent to the Government filing a

---

[2] In accordance with D. Md. Local Rule 6(b), redline versions of both complaints are attached as Exhibits C and D to this motion.

[3] The *IAAB* proposed Second Amended Complaint also removes Jane Doe #4 as a plaintiff and removes statutory claims under the Immigration and Nationality Act. *See IAAB* First Am. Compl. ¶¶ 15, 75–82.

single motion addressing all three cases, and the Plaintiffs agree to file a consolidated opposition brief. The consolidated briefs will all abide by the page limitations set forth in Local Rule 105.3.

6. The parties, having already conferred, respectfully request that the Court dispense with the requirement of filing a "Notice of Intent to File a Motion" in connection with the Government's upcoming motion to dismiss. Additionally, the parties have further agreed upon and respectfully request entry of the following briefing schedule:

| | |
|---|---|
| Government's Motion to Dismiss | November 5, 2018 |
| Plaintiffs' Joint Opposition | December 3, 2018 |
| Government's Reply | December 21, 2018 |

7. Plaintiffs also respectfully request that the Court schedule oral argument on the motion at the earliest possible date.

## CONCLUSION

For the foregoing reasons, the Court should (1) dispense with the requirement to file a "Notice of Intent to File a Motion"; (2) grant leave to file amended complaints in *IAAB* and *Zakzok*; and (3) enter a briefing schedule with the parties' agreed-upon deadlines for the Government's motion to dismiss.

Dated: October 12, 2018

Respectfully submitted,

_____/s/_____

Johnathan Smith*  
Sirine Shebaya (Bar # 07191)  
MUSLIM ADVOCATES  
P.O. Box 66408  
Washington, D.C. 20035  
Tel: (202) 897-2622  
Fax: (415) 765-1774  
johnathan@muslimadvocates.org  
sirine@muslimadvocates.org  

Mark H. Lynch (Bar # 12560)  
Mark W. Mosier*  
Karun Tilak*  
Marianne F. Kies (Bar # 18606)  
COVINGTON & BURLING LLP  
One City Center  
850 10th Street, NW  
Washington, D.C. 20001  
Tel: (202) 662-6000

Richard B. Katskee (Bar # 27636)
AMERICANS UNITED FOR SEPARATION
OF CHURCH AND STATE
1310 L St. NW, Ste. 200
Washington, D.C. 20005
Tel: (202) 466-3234
Fax: (202) 466-3353
katskee@au.org

Fax: (202) 662-6302
mlynch@cov.com
mmosier@cov.com
ktilak@cov.com
mkies@cov.com

Kathryn E. Cahoy*
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Tel: (650) 632-4735
Fax: (650) 632-4800
kcahoy@cov.com

 * Admitted *pro hac vice*

*Counsel for IAAB Plaintiffs*

Faiza Patel*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel.: (646) 292-8335
Fax: (212) 463-7308
faiza.patel@nyu.com
michael.price@nyu.com

Jethro Eisenstein*
Profeta & Eisenstein
45 Broadway, Suite 2200
New York, New York 10006
Tel.: (212) 577-6500
Fax: (212) 577-6702
jethro19@gmail.com

Lena F. Masri
Gadeir Abbas†
Council on American-Islamic
Relations (CAIR)
453 New Jersey Avenue SE
Washington, D.C. 20003
Tel.: (202) 488-8787
Fax: (202) 488-0833
lmasri@cair.com
gabbas@cair.com

† *Licensed in VA; not in DC*
*Practice limited to federal matters*

          /s/
Charles E. Davidow (Bar # 06516)
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
2001 K Street NW
Washington, DC 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7420
cdavidow@paulweiss.com

Robert A. Atkins*
Liza Velazquez *
Andrew J. Ehrlich*
Steven C. Herzog*
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
lvelazquez@paulweiss.com
aehrlich@paulweiss.com
sherzog@paulweiss.com

* Admitted *pro hac vice*

*Counsel for Zakzok Plaintiffs*

Karen C. Tumlin*
Nicholas Espíritu*
Melissa S. Keaney*
Esther Sung*
National Immigration Law Center
3450 Wilshire Boulevard, # 108-62
Los Angeles, CA 90010
Tel: (213) 639-3900

          /s/
Omar C. Jadwat*
Lee Gelernt*
Hina Shamsi*
Hugh Handeyside*
David Hausman*
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor

5

Fax: (213) 639-3911
tumlin@nilc.org
espiritu@nilc.org
keaney@nilc.org
sung@nilc.org

Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (678) 404-9119
Fax: (212) 533-4598
jcox@refugeerights.org

Mariko Hirose*
Linda Evarts*
Kathryn Claire Meyer*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, New York 10006
Tel: (646) 459-3044
Fax: (212) 533-4598
mhirose@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
hhandeyside@aclu.org
dhausman@aclu.org

Cecillia D. Wang*
Cody H. Wofsy*
Spencer E. Amdur*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org
cwofsy@aclu.org
samdur@aclu.org

David Cole*
Daniel Mach*
Heather L. Weaver*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 457-0805
dcole@aclu.org
dmach@aclu.org
hweaver@aclu.org

David Rocah (Bar No. 27315)
Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
Nicholas Taichi Steiner (Bar No. 19670)
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD  21211
Tel: (410) 889-8555
Fax: (410) 366-7838

        jeon@aclu-md.org
        rocah@aclu-md.org
        kumar@aclu-md.org
        steiner@aclu-md.org

* Admitted *pro hac vice*

*Counsel for IRAP Plaintiffs*


JOSEPH H. HUNT
Assistant Attorney General

HASHIM M. MOOPPAN
Deputy Assistant Attorney General

ROBERT K. HUR
United States Attorney

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Daniel Schwei*
DANIEL SCHWEI (Bar No. 96100)
MICHELLE R. BENNETT (Bar No. 806456)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington DC 20005
Tel: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Counsel for Defendant*