**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 8:17-cv-00361-TDC |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 8:17-cv-02921-TDC |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| EBLAL ZAKZOK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:17-cv-02969-TDC |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CONSENT MOTION FOR TWO-DAY EXTENSION OF TIME
TO FILE MOTION TO DISMISS**

Defendants respectfully request that the Court grant a two-day extension of time—*i.e.*, until November 7, 2018—for Defendants to file their motion to dismiss in each of the above-captioned cases. Defendants respectfully submit that good cause exists for this request for the reasons set forth below:

1. On October 12, 2018, in each of the above-captioned cases, the parties filed a joint motion seeking leave for Plaintiffs in two cases to file amended/supplemental complaints, and also for entry of a proposed briefing schedule regarding Defendants' forthcoming motion to dismiss. *See International Refugee Assistance Project (IRAP) v. Trump*, No. 8:17-cv-361-TDC (D. Md.), ECF No. 260; *Iranian Alliances Across Borders (IAAB) v. Trump*, No. 8:17-cv-02921-TDC (D. Md.), ECF No. 76; *Zakzok v. Trump*, No. 8:17-cv-2969-TDC (D. Md.), ECF No. 60.

2. Under the proposed schedule set forth in that joint motion, Defendants' consolidated motion to dismiss would be due on November 5, 2018. *See id.* ¶ 6.

3. Earlier today—*i.e.*, on November 5, 2018—the parties were notified that the Court had granted their joint motion in each of the cases. *See IRAP*, ECF No. 262; *IAAB*, ECF No. 77; *Zakzok*, ECF No. 61.

4. Given the significant review and coordination required within the Government regarding Defendants' forthcoming motion to dismiss, Defendants are not in a position to file their motion to dismiss today, as originally proposed in the briefing schedule. Accordingly, Defendants respectfully request a short, two-day extension—*i.e.*, until November 7, 2018—to file their motion to dismiss in each of the above-captioned cases.

5. Undersigned counsel for Defendants contacted counsel for Plaintiffs regarding this request, who indicated that Plaintiffs in all three cases consent to Defendants' requested two-day extension.

-2-

Dated: November 5, 2018                    Respectfully submitted,

                                                        JOSEPH H. HUNT
                                                        Assistant Attorney General

                                                        ROBERT K. HUR
                                                        United States Attorney

                                                        JOHN R. TYLER
                                                        Assistant Director, Federal Programs Branch

                                                        */s/  Daniel Schwei*
                                                        DANIEL SCHWEI (Bar No. 96100)
                                                        MICHELLE R. BENNETT (Bar No. 806456)
                                                        Senior Trial Counsel
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L St. NW
                                                        Washington DC 20005
                                                        Tel: (202) 305-8693
                                                        Fax: (202) 616-8460
                                                        E-mail: daniel.s.schwei@usdoj.gov