# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | Civil Action No.: 8:17-CV-00361-TDC <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF FOURTH THROUGH SEVENTH CLAIMS OF SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby provide notice of voluntary dismissal of the Fourth, Fifth, Sixth, and Seventh Claims for Relief in their Second Amended Complaint, Dkt. No. 203, ¶¶ 391-411.

Respectfully submitted,

/s/ Justin B. Cox

Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (404) 404-9119
Fax: (212) 533-4598
jcox@refugeerights.org

Kathryn Claire Meyer†
Mariko Hirose†
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, New York 10006
Tel: (646) 459-3044
Fax: (212) 533-4598
kmeyer@refugeerights.org
mhirose@refugeerights.org

Dated: December 3, 2018

Omar C. Jadwat†
Lee Gelernt†
Hina Shamsi†
Hugh Handeyside†
David Hausman††
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
hhandeyside@aclu.org
dhausman@aclu.org

Esther Sung†
Melissa S. Keaney†
Nicholas Espíritu†
National Immigration Law Center
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
sung@nilc.org
keaney@nilc.org
espiritu@nilc.org

†Admitted *Pro Hac Vice*

Cecillia D. Wang†
Cody H. Wofsy†
Spencer E. Amdur†
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org
cwofsy@aclu.org
samdur@aclu.org

David Cole†
Daniel Mach†
Heather L. Weaver†
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 457-0805
dcole@aclu.org
dmach@aclu.org
hweaver@aclu.org

David Rocah (Bar No. 27315)
Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
Nicholas Taichi Steiner (Bar No.19670)
American Civil Liberties Union
 Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD  21211
Tel: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org
kumar@aclu-md.org
steiner@aclu-md.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2018 I caused a PDF version of the foregoing document and any accompanying exhibits to be electronically transmitted to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Dated: December 3, 2018                                        Respectfully submitted,

                                                                                    /s/ Justin B. Cox