IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants. | Civil Action No.: 8:17-CV-00361-TDC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF FOURTH THROUGH SEVENTH CLAIMS OF SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby provide notice of voluntary dismissal of the Fourth, Fifth, Sixth, and Seventh Claims for Relief in their Second Amended Complaint, Dkt. No. 203, ¶¶ 391-411.

Respectfully submitted,

/s/ Justin B. Cox
Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (404) 404-9119
Fax: (212) 533-4598
jcox@refugeerights.org

Kathryn Claire Meyer†
Mariko Hirose†
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, New York 10006
Tel: (646) 459-3044
Fax: (212) 533-4598
kmeyer@refugeerights.org
mhirose@refugeerights.org

Dated: December 3, 2018

Omar C. Jadwat†
Lee Gelernt†
Hina Shamsi†
Hugh Handeyside†
David Hausman††
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
hhandeyside@aclu.org
dhausman@aclu.org

Motion: Granted 12/3/18
Theodore D. Chuang
United States District Judge