## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-0361 |
| IRANIAN ALLIANCES ACROSS BORDERS, UNIVERSITY OF MARYLAND COLLEGE PARK CHAPTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-2921 |
| EBLAL ZAKZOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-2969 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.  The Motion to Dismiss, ECF No. 265, is GRANTED IN PART and DENIED IN PART.

2.  The Motion is GRANTED as to the Administrative Procedure Act Claims in Count 8 of the IRAP Second Amended Complaint, Count 5 of the IAAB Second Amended Complaint, and Counts 2 and 3 of the Zakzok Amended Complaint.  Those claims are DISMISSED WITHOUT PREJUDICE.  Plaintiffs will be GRANTED leave to amend the currently operative complaints within 21 days of the date of this Order.

3.  The Motion is DENIED as to the Constitutional Claims in Counts 1–3 of the IRAP Second Amended Complaint, Counts 1–4 and 6 of the IAAB Second Amended Complaint, and Count 1 of the Zakzok Amended Complaint.

4.  If Plaintiffs file new amended complaints, Defendants are directed to file Answers to the new amended complaints within 14 days of the filing of the new amended complaints.  *See* Fed. R. Civ. P. 12(a)(4)(A).  If Plaintiffs do not file new amended complaints, Defendants are directed to file Answers to the currently operative complaints within 14 days of the deadline for the filing of new amended complaints.

Date:  May 2, 2019

THEODORE D. CHUANG
United States District Judge