# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al. <br><br> Defendants. | Civil Action No.: 17-cv-361 <br> Judge Chuang |
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*. <br><br> Defendants. | Civil Action No.: 17-CV-2921 <br> Judge Chuang |
| EBLAL ZAKZOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No.: 17-CV-2969 <br> Judge Chuang |

### PLAINTIFFS' NOTICE REGARDING AMENDMENT OF COMPLAINTS AND REQUEST FOR SCHEDULING ORDER

On May 2, 2019, the Court denied the Government's motion to dismiss with respect to Plaintiffs' constitutional claims and granted the motion with respect to Plaintiffs' Administrative Procedure Act ("APA") claims. *See* Mem. Op. at 46, *IAAB* Dkt. Nos. 91, 92. The dismissal of the

DC: 7038131-1

APA claims was "without prejudice," and the Court granted Plaintiffs leave to amend their complaints to replead the APA claims. *Id.*

Plaintiffs hereby notify the Court that they do not intend to amend their complaints at this time and instead will proceed immediately to discovery on their constitutional claims.[1]

To permit discovery to begin, Plaintiffs request entry of a scheduling order with expedited discovery deadlines. Proclamation No. 9645 (the "Proclamation") has been in effect since December 4, 2017,[2] and Plaintiffs are harmed every day that it remains in force. Although this Court previously stayed these cases pending the Supreme Court's ruling in *Trump v. Hawaii*, it recognized the harm that continued operation of the Proclamation causes plaintiffs. *IAAB* Dkt. No. 68 at 14 ("The Proclamation has thus separated children from parents and husbands from wives, perhaps forever, and it has increased the risk that Plaintiffs' family members could face persecution."). Thus, in granting the stay, the Court emphasized that after the Supreme Court's ruling, it would "proceed with these cases on an expedited basis, which may include steps such as shortening the typical time periods for briefing motions, responding to discovery requests, and completing all discovery." *Id.* at 15.

Now that the Supreme Court has ruled, and this Court has denied the Government's motion to dismiss on Plaintiffs' constitutional claims, Plaintiffs seek to proceed expeditiously toward an ultimate resolution of their claims. Therefore, Plaintiffs respectfully request that the Court:

1. Direct Defendants to file answers to the currently operative complaints within 14 days of the filing of this notice; and

---

[1] Plaintiffs reserve the right to seek leave under Rule 15(a)(2) to re-assert their APA claims if and when final agency action(s) are revealed, e.g., through discovery. *See, e.g.*, Mem. Op. at 26.

[2] On December 4, 2017, the Supreme Court stayed injunctions issued by this Court and the District of Hawaii and allowed the Proclamation to go fully into effect. *See* Order, No. 17A560 (U.S. Dec. 4, 2017).

2. Enter a scheduling order setting expedited deadlines for the completion of discovery.

Dated: May 17, 2019                                  Respectfully submitted,

                                                                                       /s/

Sirine Shebaya (Bar # 07191)                Mark H. Lynch (Bar # 12560)
MUSLIM ADVOCATES                            Mark W. Mosier*
P.O. Box 66408                              Karun Tilak*
Washington, D.C. 20035                      Marianne F. Kies (Bar # 18606)
Tel: (202) 897-2622                         COVINGTON & BURLING LLP
Fax: (415) 765-1774                         One City Center
sirine@muslimadvocates.org                  850 10th Street, NW
                                            Washington, D.C. 20001
Richard B. Katskee (Bar # 27636)            Tel: (202) 662-6000
AMERICANS UNITED FOR SEPARATION             Fax: (202) 662-6302
OF CHURCH AND STATE                         mlynch@cov.com
1310 L St. NW, Ste. 200                     mmosier@cov.com
Washington, D.C. 20005                      ktilak@cov.com
Tel: (202) 466-3234                         mkies@cov.com
Fax: (202) 466-3353
katskee@au.org                              Kathryn E. Cahoy*
                                            COVINGTON & BURLING LLP
                                            3000 El Camino Real
                                            5 Palo Alto Square, 10th Floor
                                            Palo Alto, CA 94306
                                            Tel: (650) 632-4735
                                            Fax: (650) 632-4800
                                            kcahoy@cov.com

                                             * Admitted *pro hac vice*

                                             *Counsel for IAAB Plaintiffs*

|  | /s/ |
|---|---|

Faiza Patel*  
Brennan Center for Justice  
at NYU School of Law  
120 Broadway, Suite 1750  
New York, NY 10271  
Tel.: (646) 292-8335  
Fax: (212) 463-7308  
faiza.patel@nyu.com  

Jethro Eisenstein*  
Profeta & Eisenstein  
45 Broadway, Suite 2200  
New York, New York 10006  
Tel.: (212) 577-6500  
Fax: (212) 577-6702  
jethro19@gmail.com  

Lena F. Masri  
Gadeir Abbas†  
Council on American-Islamic  
Relations (CAIR)  
453 New Jersey Avenue SE  
Washington, D.C. 20003  
Tel.: (202) 488-8787  
Fax: (202) 488-0833  
lmasri@cair.com  
gabbas@cair.com  

† *Licensed in VA; not in DC*  
*Practice limited to federal matters*

Charles E. Davidow (Bar # 06516)  
Paul, Weiss, Rifkind, Wharton &  
Garrison LLP  
2001 K Street NW  
Washington, DC 20006-1047  
Tel.: (202) 223-7300  
Fax: (202) 223-7420  
cdavidow@paulweiss.com  

Robert A. Atkins*  
Liza Velazquez *  
Andrew J. Ehrlich*  
Steven C. Herzog*  
Paul, Weiss, Rifkind, Wharton &  
Garrison LLP  
1285 Avenue of the Americas  
New York, NY 10019-6064  
Tel.: (212) 373-3000  
Fax: (212) 757-3990  
ratkins@paulweiss.com  
lvelazquez@paulweiss.com  
aehrlich@paulweiss.com  
sherzog@paulweiss.com  

* Admitted *pro hac vice*

*Counsel for Zakzok Plaintiffs*

Esther Sung*
National Immigration Law Center
3450 Wilshire Boulevard, # 108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
sung@nilc.org


Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (678) 404-9119
Fax: (212) 533-4598
jcox@refugeerights.org

Mariko Hirose*
Linda Evarts*
Kathryn Claire Meyer*
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
Tel: (646) 459-3044
Fax: (212) 533-4598
mhirose@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

/s/ Omar C. Jadwat
Omar C. Jadwat*
Lee Gelernt*
Hina Shamsi*
Hugh Handeyside*
David Hausman*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
hhandeyside@aclu.org
dhausman@aclu.org

Cecillia D. Wang*
Cody H. Wofsy*
Spencer E. Amdur*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org
cwofsy@aclu.org
samdur@aclu.org

David Cole*
Daniel Mach*
Heather L. Weaver*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 457-0805
dcole@aclu.org
dmach@aclu.org
hweaver@aclu.org

David Rocah (Bar No. 27315)
Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
Nicholas Taichi Steiner (Bar No. 19670)
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD  21211
Tel: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
rocah@aclu-md.org
kumar@aclu-md.org
steiner@aclu-md.org

\* Admitted *pro hac vice*

*Counsel for IRAP Plaintiffs*