UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br><br>      Defendants. | Civil Action No.: 17-cv-361<br>Judge Chuang |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PLAINTIFFS IN NO. 17-CV-361 PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Fakhri Ziaolhagh, John Doe 1, and John Doe 3 in Case No. 17-cv-361 hereby voluntarily dismiss their claims, without prejudice. Rule 41(a)(1)(A) provides that any plaintiff may voluntarily dismiss his or her claims by notice without prejudice "before the opposing party serves either an answer or a motion for summary judgment." This procedure is appropriate for dismissal of less than all Plaintiffs. *Miller v. Stewart*, 43 F.R.D. 409, 413 (E.D. Ill. 1967). This Notice does not apply to any other Plaintiff in No. 17-cv-361 or the related cases.

                Respectfully submitted,

| | |
|---|---|
| Esther Sung* <br> National Immigration Law Center <br> 3450 Wilshire Boulevard, # 108-62 <br> Los Angeles, CA 90010 <br> Tel: (213) 639-3900 <br> Fax: (213) 639-3911 <br> sung@nilc.org | /s/ Omar C. Jadwat <br> Omar C. Jadwat* <br> Lee Gelernt* <br> Hina Shamsi* <br> Hugh Handeyside* <br> David Hausman* <br> American Civil Liberties Union Foundation <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 |

Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (678) 404-9119
Fax: (212) 533-4598
jcox@refugeerights.org

Mariko Hirose*
Linda Evarts*
Kathryn Claire Meyer*
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
Tel: (646) 459-3044
Fax: (212) 533-4598
mhirose@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
hhandeyside@aclu.org
dhausman@aclu.org

Cecillia D. Wang*
Cody H. Wofsy*
Spencer E. Amdur*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org
cwofsy@aclu.org
samdur@aclu.org

David Cole*
Daniel Mach*
Heather L. Weaver*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 457-0805
dcole@aclu.org
dmach@aclu.org
hweaver@aclu.org

David Rocah (Bar No. 27315)
Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
Nicholas Taichi Steiner (Bar No. 19670)
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD  21211
Tel: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org

        rocah@aclu-md.org
        kumar@aclu-md.org
        steiner@aclu-md.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*