# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT ("IRAP"), *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | No. 8:17-cv-00361-TDC |
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | No. 8:17-cv-02921-TDC |
| EBLAL ZAKZOK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | No. 1:17-cv-02969-TDC |

**DEFENDANTS' COMBINED MOTION FOR CERTIFICATION OF THIS COURT'S MAY 2, 2019 MEMORANDUM OPINION AND ORDER FOR INTERLOCUTORY APPEAL AND FOR A STAY OF DISCOVERY**

Pursuant to 28 U.S.C. § 1292(b), Defendants hereby move this Court to certify for interlocutory appeal its memorandum opinion and order denying in part Defendants' motion to dismiss.  *See* Memorandum Opinion, *IRAP* ECF No. 276, *IAAB* ECF No. 91, *Zakzok* ECF No. 70 (May 2, 2019); Order, *IRAP* ECF No. 277, *IAAB* ECF No. 92, *Zakzok* ECF No. 71 (May 2, 2019).  Defendants also move this Court to stay any and all discovery pending completion of all § 1292(b) proceedings, whether in this Court or an appellate court.  The reasons supporting Defendants' motion are set forth in the accompanying memorandum of law.

Dated: June 20, 2019				Respectfully submitted,

						JOSEPH H. HUNT
						Assistant Attorney General

						ROBERT K. HUR
						United States Attorney

						JOHN R. TYLER
						Assistant Director, Federal Programs Branch

						*/s/  Daniel Schwei*
						DANIEL SCHWEI (Bar No. 96100)
						ERIC J. SOSKIN (PA Bar No. 200663)
						Senior Trial Counsel
						ANDREW M. BERNIE (DC Bar No. 995376)
						Trial Attorney
						United States Department of Justice
						Civil Division, Federal Programs Branch
						1100 L St. NW
						Washington DC 20005
						Tel: (202) 305-8693
						Fax: (202) 616-8460
						E-mail: daniel.s.schwei@usdoj.gov