UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT ("IRAP"), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 8:17-cv-00361-TDC |
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 8:17-cv-02921-TDC |
| EBLAL ZAKZOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 1:17-cv-02969-TDC |

**[PROPOSED] ORDER GRANTING CERTIFICATION OF THIS COURT'S MAY 2, 2019 MEMORANDUM OPINION AND ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND A STAY OF DISCOVERY**

Upon consideration of Defendants' motion for certification of this Court's May 2, 2019 memorandum opinion and order for interlocutory appeal and for a stay of discovery, including the parties' briefing on the motion and the entire record in these cases, it is hereby **ORDERED:**

1. Defendants' motion in each of the above-captioned cases is GRANTED.

2. Pursuant to 28 U.S.C. § 1292(b), this Court hereby CERTIFIES for interlocutory appeal its Order of May 2, 2019 in each of the above-captioned cases, as well as the accompanying memorandum opinion explaining the reasons for the Order. *See* Memorandum Opinion, *IRAP* ECF No. 276, *IAAB* ECF No. 91, *Zakzok* ECF No. 70 (May 2, 2019); Order, *IRAP* ECF No. 277, *IAAB* ECF No. 92, *Zakzok* ECF No. 71 (May 2, 2019).

3. In making such certification, this Court hereby "state[s] in writing" that the memorandum opinion and order of May 2, 2019 "involve[] a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation[.]" 28 U.S.C. § 1292(b).

4. Any and all discovery in these cases is hereby STAYED pending completion of all § 1292(b) proceedings, whether in this Court or an appellate court.

**SO ORDERED.**

Date: _____, 2019

_____
THEODORE D. CHUANG
United States District Judge