UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No.: 17-CV-0361 <br> Judge Chuang |
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No.: 17-CV-2921 <br> Judge Chuang |
| EBLAL ZAKZOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No.: 17-CV-2969 <br> Judge Chuang |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit the attached supplemental authority in support of their Opposition to the Government's Motion for Certification and For a Stay of Discovery:

On July 10, 2019, the District Court for the Eastern District of Michigan held that Plaintiffs in *Arab American Civil Rights League, et al.*, v. *Donald Trump, et al.* ("*AACRL*") had stated claims

that Presidential Proclamation 9645 ("the Proclamation") violated the First Amendment's Establishment Clause, the Fifth Amendment's Equal Protection component, and the First Amendment's freedom of speech and association rights.  No. 17-10310, slip op. (E.D. Mich. Jul. 10, 2019).

The court rejected Defendants' arguments that the Proclamation survived rational basis review as a matter of law under *Trump* v. *Hawaii,* 138 S. Ct. 2392 (2018).  *Id.* at 15.  Instead, agreeing with this Court's analysis in its May 2, 2019 opinion denying in part the government's Motion to Dismiss, the *AARCL* court concluded that "the Proclamation would fail rational basis review if the evidence revealed that for each of its proffered purposes, either that purpose was not a legitimate state interest or, if legitimate, the Proclamation was not rationally related to that purpose—such that it was unable to be explained by anything but animus toward Muslims." *Id.* at 17 (citing *Int'l Refugee Assistance Project* v. *Trump*, 373 F. Supp. 3d 650, 671 (D. Md. 2019)).

The court further noted that the Supreme Court's review of the Proclamation and Establishment Clause claims in *Trump* v. *Hawaii* was "materially different" from the district court's review of claims at the motion to dismiss stage and that "denial of a motion for preliminary injunction does not mean that the complaint fails to state a plausible claim for relief." *Id.* at 18.

Dated: July 12, 2019

Respectfully submitted,

__ /s/ *Steven C. Herzog*_____

Faiza Patel*
   Brennan Center for Justice
   at NYU School of Law
   120 Broadway, Suite 1750
   New York, NY 10271
   Tel.: (646) 292-8335
   Fax: (212) 463-7308
   patelf@brennan.law.nyu.edu

Jethro Eisenstein*
   Profeta & Eisenstein
   45 Broadway, Suite 2200
   New York, New York 10006
   Tel.: (212) 577-6500
   Fax: (212) 577-6702
   jethro19@gmail.com

Charles E. Davidow (Bar # 06516)
   Paul, Weiss, Rifkind, Wharton &
   Garrison LLP
   2001 K Street NW
   Washington, DC 20006-1047
   Tel.: (202) 223-7300
   Fax: (202) 223-7420
   cdavidow@paulweiss.com

Robert A. Atkins*
Liza Velazquez *
Andrew J. Ehrlich*
Steven C. Herzog*
Thomas Christman Rice*
   Paul, Weiss, Rifkind, Wharton &
   Garrison LLP
   1285 Avenue of the Americas

Lena F. Masri (20251)*
Gadeir Abbas (20257)#
Justin Sadowsky†
  CAIR Legal Defense Fund
  453 New Jersey Avenue SE
  Washington, D.C. 20003
  Tel.: (202) 488-8787
  Fax: (202) 488-0833
  lmasri@cair.com
  gabbas@cair.com
  jsadowsky@cair.com

New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
lvelazquez@paulweiss.com
aehrlich@paulweiss.com
sherzog@paulweiss.com
tcrice@paulweiss.com

*Counsel for Zakzok Plaintiffs*

Sirine Shebaya (Bar # 07191)
Nimra Azmi*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Tel: (202) 897-2622
Fax: (415) 765-1774
sirine@muslimadvocates.org
nimra@muslimadvocates.org

Richard B. Katskee (Bar # 27636)
AMERICANS UNITED FOR
SEPARATION OF CHURCH AND STATE
1310 L St. NW, Ste. 200
Washington, D.C. 20005
Tel: (202) 466-3234
Fax: (202) 466-3353
katskee@au.org

_____/s/_____
Mark H. Lynch (Bar # 12560)
Mark W. Mosier*
Marianne F. Kies (Bar # 18606)
COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6302
mlynch@cov.com
mmosier@cov.com
mkies@cov.com

Karun Tilak*
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Tel: (415) 591-6000
Fax: (415) 591-6091
ktilak@cov.com

Kathryn E. Cahoy*
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Tel: (650) 632-4735
Fax: (650) 632-4800
kcahoy@cov.com

*Counsel for IAAB Plaintiffs*

Justin B. Cox (Bar No. 17550)
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
Tel: (516) 701-4233
Fax: (212) 533-4598
jcox@refugeerights.org

Mariko Hirose*
Linda Evarts*
Kathryn Claire Meyer*
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, New York 10004
Tel: (516) 701-4620
Fax: (212) 533-4598
mhirose@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

Melissa Keaney*
International Refugee Assistance Project
PO Box 2291
 Fair Oaks, CA 95628
Tel: (916) 546-6125
Fax: (212) 533-4598
mkeaney@refugeerights.org

Max S. Wolson (Bar # 20914)
Esther Sung*
National Immigration Law Center
3450 Wilshire Boulevard, # 108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
wolson@nilc.org
sung@nilc.org

_____/s/_____
Omar C. Jadwat*
Lee Gelernt*
Hina Shamsi*
Hugh Handeyside*
David Hausman*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org
lgelernt@aclu.org
hshamsi@aclu.org
hhandeyside@aclu.org
dhausman@aclu.org

Cecillia D. Wang*
Cody H. Wofsy*
Spencer E. Amdur*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwang@aclu.org
cwofsy@aclu.org
samdur@aclu.org

David Cole*
Daniel Mach*
Heather L. Weaver*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 457-0805
dcole@aclu.org
dmach@aclu.org
hweaver@aclu.org

David Rocah (Bar No. 27315)
Deborah A. Jeon (Bar No. 06905)
Sonia Kumar (Bar No. 07196)
Nicholas Taichi Steiner (Bar No. 19670)
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD  21211

5

        Tel: (410) 889-8555
        Fax: (410) 366-7838
        jeon@aclu-md.org
        rocah@aclu-md.org
        kumar@aclu-md.org
        steiner@aclu-md.org

*Counsel for IRAP Plaintiffs*

\* *Pro hac vice*.
† Admission forthcoming (swear-in date August 9).
# Licensed in VA, not in D.C.  Practice limited to federal matters.

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2019, I caused a copy of the foregoing document to be sent to all parties receiving CM/ECF notices in this case.

                                                                                                             */s/ Steven C. Herzog*
                                                                                                                  Steven C. Herzog