**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT ("IRAP"), *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 8:17-cv-00361-TDC |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| IRANIAN ALLIANCES ACROSS BORDERS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 8:17-cv-02921-TDC |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| EBLAL ZAKZOK, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-02969-TDC |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR 1292(b) CERTIFICATION AND A STAY OF DISCOVERY**

In connection with Defendants' motion for certification of this Court's May 2, 2019 Memorandum Opinion and Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and for a stay of discovery, *see IRAP* ECF No. 289, Defendants respectfully submit this notice of supplemental authority regarding the D.C. Circuit's recent Order in *In re Trump*, No. 19-5196 (D.C. Cir. July 19, 2019) (per curiam) (attached hereto) [hereafter "*In re Trump Order*"].

In Plaintiffs' opposition to Defendants' motion, Plaintiffs relied repeatedly on *Blumenthal* v. *Trump*, No. 17-cv-1154, 2019 WL 2603864 (D.D.C. June 25, 2019).  *See* Pls.' Br. (*IRAP* ECF No. 290) at 7, 10-11, 12, 13.  As the Government noted in its reply brief, however, the United States recently filed a petition for mandamus before the D.C. Circuit regarding that case, contending that the district court erred by not granting § 1292(b) certification of its order denying the Government's motion to dismiss.  *See* Defs.' Reply Br. (*IRAP* ECF No. 291) at 12.  In the attached *In re Trump Order*, the D.C. Circuit agreed with the Government, concluding that the district court's orders in that case "squarely meet the criteria for certification under Section 1292(b)."  *In re Trump Order*, at 1 (citing *In re Trump*, No. 18-2486, 2019 WL 2997909, at *8 (4th Cir. July 10, 2019)).

Specifically, the D.C. Circuit noted that there were potentially dispositive threshold questions that were "unsettled" and "aris[ing] at the intersection of precedent."  *In re Trump Order*, at 1.  And because those threshold questions "could be dispositive of this case," the D.C. Circuit concluded that "the district court abused its discretion by concluding that an immediate appeal would not advance the ultimate termination of the litigation just because discovery and summary judgment briefing could proceed expeditiously."  *Id.* at 1-2.  That was especially so given the "separation of powers issues present" in the lawsuit.  *Id.* at 2.

Although the D.C. Circuit ultimately denied the mandamus petition, it did so without

prejudice apparently in order to obviate the need to definitively resolve a threshold question of appellate jurisdiction. *See In re Trump Order*, at 2. As relevant here, however, the D.C. Circuit remanded the matter to the district court "for immediate reconsideration of the motion to certify and the motion to stay the proceedings," and the D.C. Circuit retained jurisdiction over "any subsequent petition for writ of mandamus, should the district court deny certification upon remand." *Id.* Thus, the D.C. Circuit's Order in *In re Trump* effectively overrules the district court's decision in *Blumenthal v. Trump* as an abuse of discretion, and reinforces why this Court should certify its decision in this case for interlocutory appeal.

Dated: July 23, 2019                            Respectfully submitted,

                                                JOSEPH H. HUNT
                                                Assistant Attorney General

                                                ROBERT K. HUR
                                                United States Attorney

                                                JOHN R. TYLER
                                                Assistant Director, Federal Programs Branch

                                                */s/  Daniel Schwei*
                                                DANIEL SCHWEI (Bar No. 96100)
                                                Senior Trial Counsel
                                                ANDREW M. BERNIE (DC Bar No. 995376)
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L St. NW
                                                Washington DC 20005
                                                Tel: (202) 305-8693
                                                Fax: (202) 616-8460
                                                E-mail: daniel.s.schwei@usdoj.gov