UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-0361 |
| IRANIAN ALLIANCES ACROSS BORDERS, UNIVERSITY OF MARYLAND COLLEGE PARK CHAPTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-2921 |
| EBLAL ZAKZOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-2969 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Government's Motion for Certification of this Court's May 2, 2019 Memorandum Opinion and Order for Interlocutory Appeal and for a Stay of Discovery, TDC-17-0361 ECF No. 289; TDC-17-2921 ECF No. 100; TDC-17-2969 ECF No. 79, is GRANTED IN PART and DENIED IN PART.

2. The Motion is granted in that the Court certifies to the United States Court of Appeals for the Fourth Circuit an interlocutory appeal of the Court's ruling on the Motion to Dismiss, TDC-17-0361 ECF Nos. 276, 277; TDC-17-2921 ECF Nos. 91, 92; TDC-17-2969 ECF Nos. 70, 71.

3. The Motion is denied in that the Court will not stay discovery during the pendency of any such interlocutory appeal.

Date:  August 19, 2019



THEODORE D. CHUANG
United States District Judge