**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-0361 |
| IRANIAN ALLIANCES ACROSS BORDERS, UNIVERSITY OF MARYLAND COLLEGE PARK CHAPTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-2921 |
| EBLAL ZAKZOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. TDC-17-2969 |

**ORDER**

In accordance with the instructions of the United States Court of Appeals for the

Fourth Circuit, it is hereby ORDERED that these cases are DISMISSED WITH PREJUDICE.  *See*

*Int'l Refugee Assistance Project, v. Trump*, 961 F.3d 635, 654 (4th Cir. 2020).


Date:   August 31, 2020                             /s/ *Theodore D. Chuang*
                                                    THEODORE D. CHUANG
                                                    United States District Judge